In the Matter of the Accounting of UNITED STATES
MORTGAGE AND TRUST COMPANY, as Executor of
EBENEZER SUGDEN, Deceased, Respondent.

TRUSTEES OF THE MISSIONARY AND TRACT SOCIETY OF
THE NEW CHURCH OF LONDON et al., Appellants;
MILDRED S. SUGDEN, Respondent.

(Argued October 5, 1928; decided October 23, 1928.)

*William W. Niles* for appellants.

*Aloysius F. Schaeffner* for United States Mortgage and Trust Company, as executor, respondent.

*George W. Tucker* for Mildred S. Sugden, respondent.

no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.